UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

**MICHAEL ADAMS**, individually,

        Case No. 1:16-cv-03616-BMC

    **Plaintiff,**

v.

**BOOBIETRAP LLC d/b/a BOOBIETRAP**, a New York for profit business entity, and **308-310 BLEECKER STREET LLC,** a New York for profit business entity,

    **Defendants.**
_____/

## NOTICE OF SETTLEMENT AND MOTION FOR ADJOURNMENT OF CONFERENCE SHCEDULE ON SEPTEMBER 23, 2016, AT 11:45 AM

    Plaintiff **MICHAEL ADAMS**, by and through the undersigned counsel, and pursuant to the Federal Rules of Civil Procedure and all other applicable statutes, regulations, and legal authorities, as well as this Court's inherent authority, hereby provide move this honorable Court with the Notice of Settlement of all claims in their entirety. The Parties are presently finalizing their settlement agreement and preparing a joint motion submitting a consent decree for approval by this honorable Court.

    The Parties' intend on finalizing their settlement and related documents to this Court within forty-five (45) days of the filing of the instant notice.

    Respectfully submitted on September 21, 2016.

                                      **By:_/s/ Tara Demetriades**

Tara Demetriades, Esq.
New York Bar No. 4158666

**ADA Accessibility Associates**
1076 Wolver Hollow Road
Oyster Bay, New York 11771
E: TDemetriades@Aol.com
T: (516) 595-5009

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of Plaintiff's Notice of Settlement has been served via the Court's CM/ECF filing system upon all parties of record on September 21, 2016 .

By: /s/ Tara Demetriades
Tara Demetriades, Esq.
New York Bar No. 4158666